**Title:** Elf Man
**Rights Owner:** Elf-Man, LLC
**SHA-1 Hash:** 33E6C4D563C276F29A7A48502C6640191DE3DD72

| John Doe | IP Address | Hit Date and UTC Time | ISP | City |
|---|---|---|---|---|
| 1 | 71.237.49.21 | 03/01/2013 04:24:40 AM | Comcast Cable | Longmont |
| 2 | 75.70.248.4 | 02/28/2013 07:20:12 PM | Comcast Cable | Colorado Springs |
| 3 | 184.167.210.17 | 02/04/2013 05:01:55 AM | Bresnan Communications | Montrose |
| 4 | 174.16.194.34 | 02/04/2013 04:21:57 AM | Century Link | Denver |
| 5 | 67.190.175.59 | 01/31/2013 12:51:23 AM | Comcast Cable | Aurora |
| 6 | 24.8.168.15 | 01/26/2013 01:39:26 AM | Comcast Cable | Commerce City |
| 7 | 184.96.167.41 | 01/22/2013 06:05:25 PM | Century Link | Denver |
| 8 | 75.71.126.249 | 01/14/2013 12:28:08 AM | Comcast Cable | Fort Collins |
| 9 | 67.41.205.24 | 01/12/2013 06:23:03 AM | Century Link | Denver |
| 10 | 75.166.141.143 | 01/10/2013 04:47:56 AM | Century Link | Denver |
| 11 | 75.71.238.236 | 01/09/2013 03:52:06 AM | Comcast Cable | Monument |
| 12 | 204.45.126.162 | 01/06/2013 01:20:02 AM | FDCservers.net | Denver |
| 13 | 75.70.30.176 | 01/05/2013 07:01:59 PM | Comcast Cable | Colorado Springs |
| 14 | 75.70.30.176 | 01/04/2013 01:30:43 PM | Comcast Cable | Colorado Springs |
| 15 | 71.219.203.89 | 01/04/2013 03:08:32 AM | Century Link | Colorado Springs |
| 16 | 67.190.44.45 | 01/03/2013 08:25:03 AM | Comcast Cable | Arvada |
| 17 | 174.16.241.229 | 01/02/2013 12:14:24 AM | Century Link | Denver |
| 18 | 67.176.126.140 | 01/01/2013 06:33:07 AM | Comcast Cable | Englewood |
| 19 | 71.211.193.139 | 12/31/2012 04:45:08 AM | Century Link | Littleton |
| 20 | 67.162.139.89 | 12/30/2012 06:15:52 PM | Comcast Cable | Denver |
| 21 | 75.70.248.4 | 12/28/2012 05:55:53 AM | Comcast Cable | Colorado Springs |
| 22 | 174.16.108.178 | 12/28/2012 03:21:48 AM | Century Link | Denver |
| 23 | 67.173.241.242 | 12/27/2012 05:54:24 AM | Comcast Cable | Longmont |
| 24 | 107.2.153.240 | 12/24/2012 11:45:04 PM | Comcast Cable | Denver |
| 25 | 72.161.101.211 | 12/23/2012 06:32:40 PM | CenturyTel Internet Holdings | Gypsum |
| 26 | 174.24.102.234 | 12/23/2012 07:13:16 AM | Century Link | Colorado Springs |
| 27 | 184.166.157.155 | 12/22/2012 04:25:29 PM | Bresnan Communications | Durango |
| 28 | 75.71.142.181 | 12/21/2012 07:47:44 PM | Comcast Cable | Denver |
| 29 | 50.152.35.71 | 12/21/2012 03:11:06 AM | Comcast Cable | Fort Collins |
| 30 | 75.71.72.222 | 12/20/2012 02:03:09 AM | Comcast Cable | Brighton |
| 31 | 107.2.166.166 | 12/20/2012 01:35:43 AM | Comcast Cable | Colorado Springs |
| 32 | 50.134.244.194 | 12/19/2012 10:44:27 PM | Comcast Cable | Aurora |

Exhibit A

| | | | | |
|---|---|---|---|---|
| 33 | 74.211.77.145 | 12/19/2012 04:59:26 AM | Baja Broadband | Colorado Springs |
| 34 | 71.237.61.36 | 12/19/2012 05:02:48 AM | Comcast Cable | Aurora |
| 35 | 69.131.237.236 | 12/19/2012 03:12:21 AM | TDS Telecom | Cedaredge |
| 36 | 76.120.33.39 | 12/18/2012 05:30:11 AM | Comcast Cable | Fort Collins |
| 37 | 69.170.223.154 | 12/17/2012 11:41:06 PM | JAB Wireless | Calhan |
| 38 | 174.51.52.102 | 12/17/2012 07:17:05 PM | Comcast Cable | Denver |
| 39 | 174.16.79.174 | 12/17/2012 09:41:19 AM | Century Link | Denver |
| 40 | 198.45.137.81 | 12/17/2012 06:36:55 AM | Viasat Communications | Englewood |
| 41 | 75.71.217.44 | 12/17/2012 03:09:54 AM | Comcast Cable | Colorado Springs |
| 42 | 75.71.165.172 | 12/16/2012 11:29:15 PM | Comcast Cable | Colorado Springs |
| 43 | 66.87.126.168 | 12/16/2012 06:18:49 AM | Sprint PCS | Denver |
| 44 | 24.9.42.151 | 12/15/2012 07:32:41 PM | Comcast Cable | Parachute |
| 45 | 67.190.25.130 | 12/15/2012 07:31:11 PM | Comcast Cable | Denver |
| 46 | 184.99.249.232 | 12/15/2012 04:18:06 PM | Century Link | Denver |
| 47 | 76.25.172.53 | 12/15/2012 04:37:49 AM | Comcast Cable | Parker |
| 48 | 67.176.50.249 | 12/15/2012 03:02:08 AM | Comcast Cable | Loveland |
| 49 | 75.163.213.199 | 12/14/2012 12:56:32 AM | Century Link | Colorado Springs |
| 50 | 71.229.144.185 | 12/13/2012 04:47:00 PM | Comcast Cable | Denver |
| 51 | 71.33.205.140 | 12/13/2012 04:20:00 PM | Century Link | Denver |
| 52 | 74.211.50.48 | 12/13/2012 02:37:00 PM | Baja Broadband | Colorado Springs |
| 53 | 71.229.146.179 | 12/13/2012 10:48:17 AM | Comcast Cable | Pueblo |
| 54 | 71.218.152.138 | 12/12/2012 12:06:43 AM | Century Link | Broomfield |
| 55 | 67.161.196.68 | 12/11/2012 05:25:15 AM | Comcast Cable | Aurora |
| 56 | 107.24.243.118 | 12/11/2012 01:01:31 AM | Sprint PCS | Denver |
| 57 | 75.166.62.127 | 12/10/2012 11:37:18 PM | Century Link | Denver |
| 58 | 174.29.83.225 | 12/10/2012 09:34:08 PM | Century Link | Broomfield |
| 59 | 174.29.90.112 | 12/10/2012 06:53:14 PM | Century Link | Denver |
| 60 | 174.16.124.251 | 12/10/2012 04:04:32 AM | Century Link | Brighton |
| 61 | 67.161.140.253 | 12/10/2012 12:01:57 AM | Comcast Cable | Colorado Springs |
| 62 | 71.237.77.215 | 12/09/2012 08:24:29 PM | Comcast Cable | Arvada |
| 63 | 70.59.203.63 | 12/09/2012 07:10:05 PM | Century Link | Colorado Springs |
| 64 | 71.56.237.87 | 12/09/2012 04:21:11 PM | Comcast Cable | Boulder |
| 65 | 98.245.232.69 | 12/08/2012 11:10:26 PM | Comcast Cable | Aurora |
| 66 | 65.100.179.85 | 12/08/2012 06:21:39 PM | Century Link | Arvada |
| 67 | 174.51.81.189 | 12/07/2012 04:17:35 PM | Comcast Cable | Denver |
| 68 | 65.128.44.24 | 12/07/2012 08:08:55 AM | Century Link | Denver |
| 69 | 71.229.229.82 | 12/07/2012 04:04:09 AM | Comcast Cable | Denver |
| 70 | 174.16.169.232 | 12/06/2012 02:31:13 AM | Century Link | Denver |
| 71 | 65.128.74.235 | 12/05/2012 03:00:15 PM | Century Link | Denver |

Exhibit A

| 72 | 71.229.203.76 | 12/05/2012 08:04:48 AM | Comcast Cable | Denver |
|----|---------------|------------------------|---------------|--------|
| 73 | 71.208.1.85 | 12/05/2012 05:03:31 AM | Century Link | Denver |
| 74 | 24.9.63.123 | 12/04/2012 06:44:04 AM | Comcast Cable | Boulder |
| 75 | 98.245.73.106 | 12/03/2012 08:00:52 PM | Comcast Cable | Denver |
| 76 | 24.54.160.201 | 12/03/2012 05:08:59 PM | Baja Broadband | Fort Collins |
| 77 | 71.196.157.164 | 12/03/2012 04:01:26 AM | Comcast Cable | Denver |
| 78 | 76.25.166.71 | 12/03/2012 12:06:36 AM | Comcast Cable | Colorado Springs |
| 79 | 75.163.221.116 | 12/02/2012 10:56:54 PM | Century Link | Colorado Springs |
| 80 | 174.16.61.31 | 12/02/2012 09:42:59 PM | Century Link | Denver |
| 81 | 174.29.71.176 | 12/02/2012 08:02:54 PM | Century Link | Denver |
| 82 | 63.234.208.250 | 12/02/2012 05:07:08 PM | Century Link | Broomfield |
| 83 | 24.9.229.173 | 12/02/2012 06:43:17 AM | Comcast Cable | Littleton |
| 84 | 71.211.247.84 | 12/02/2012 02:30:27 AM | Century Link | Denver |
| 85 | 75.70.194.43 | 12/01/2012 03:52:30 AM | Comcast Cable | Colorado Springs |

Exhibit A