IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   13-cv-00686-RBJ-MEH | **FTR – Courtroom A501** |
| 13-cv-00687-WYD-MEH | |
| **Date:**   May 2, 2013 | Cathy Pearson, Courtroom Deputy |

**13-cv-00686-RBJ-MEH**

ELF-MAN, LLC,                                            David Stephenson, Jr.

     Plaintiff,

v.

JOHN DOES 1-85,

     Defendants.

**13-cv-00687-WYD-MEH**

THE THOMPSONS FILM, LLC,                   David Stephenson, Jr.

     Plaintiff,

v.

JOHN DOES 1-94,

     Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**

**Court in session:**      9:52 a.m.

The Court calls case.  Appearance of counsel.

Discussion regarding the status of the case, service on individual defendants, and Plaintiff's Motions for Leave to Take Limited Expedited Discovery Prior to Rule 26(f) Conference (Doc. 3, filed 3/15/13 in 13-cv-00686; and Doc. 4, filed 3/15/13 in 13-cv-00687).

**ORDERED:**  Plaintiff's Motions for Leave to Take Limited Expedited Discovery Prior to Rule 26(f) Conference (Doc. 3, filed 3/15/13 in 13-cv-00686; and Doc. 4, filed 3/15/13 in 13-cv-00687) is DENIED without prejudice as stated on the record.

**Court in recess:**     9:58 a.m.          (Hearing concluded)
Total time in court:     00:06

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.