IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00686-WYD-MEH

ELF-MAN, LLC,

      Plaintiff,

v.

WILLIAM HALL, and
JOSEPH TINCKNELL,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 30, 2013.**

      In the interest of justice, Plaintiff's Motion to Amend Second Amended Complaint and Case Caption by Interlineation [filed October 30, 2013, docket #47] is **granted**. The Clerk of the Court is directed to file the Corrected Second Amended Complaint located at docket #47-1. Plaintiff shall serve the Defendants in accordance with Fed. R. Civ. P. 4 and all applicable rules.