IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00686-WYD-MEH

ELF-MAN, LLC,

      Plaintiff,

v.

WILLIAM HALL, and
JOSEPH TINCKNELL,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2014.**

      Plaintiff's Motion to Vacate Scheduling Conference [filed February 6, 2014, docket #59] is **granted**. The Scheduling Conference currently set for February 20, 2014 is **vacated**. The parties shall file dismissal papers with this Court on or before February 21, 2014.