IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00686-WYD-MEH

ELF-MAN, LLC, a Maryland Limited Liability Company,

      Plaintiff,

v.

WILLIAM HALL, and
JOSEPH TINCKNELL,

      Defendants.

---

## ORDER DISMISSING PARTY WITH PREJUDICE

---

THIS MATTER is before the Court on Elf-Man, LLC and Joseph Tincknell's Stipulated Motion To Dismiss Defendant Tincknell With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(ii) [ECF No. 62].  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and defendant, Joseph Tincknell, should be dismissed with prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the stipulation is **APPROVED** and the motion [ECF No. 62] is **GRANTED**.  In accordance therewith, Tincknell is **DISMISSED WITH PREJUDICE** from this action.

DATED:  February 20, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge